IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jodi Lynn,<br><br>        Plaintiff,<br><br>vs.<br><br>Omni Credit Services, Inc.,<br><br>        Defendant. | No. CV-12-02224-PHX-NVW<br><br>**ORDER** |

The Court having been notified that this matter has settled (Doc. 12);

**IT IS ORDERED** that this action will be dismissed by the Clerk's Office without further notice on **February 25, 2013** unless prior thereto a judgment or order of dismissal is entered.

DATED this 2nd day of January, 2013.

_____
Neil V. Wake
United States District Judge