1  Ryan Lee (SBN: 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x241
   Fax: 866-583-3695
4  rlee@consumerlawcenter.com
   Attorneys for Plaintiff,
5  Jodi Lynn

## UNITED STATES DISTRICT COURT,
## DISTRICT OF ARIZONA

| | |
|---|---|
| Jodi Lynn, | **Case No.: 2:12-cv-02224-MEA** |
| Plaintiff, | |
| v. | **VOLUNTARY DISMISSAL** |
| Omni Credit Services, Inc., | |
| Defendant. | |

### **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Jodi Lynn, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: February 13, 2013                    KROHN & MOSS, LTD.


                                            By:/s/ Ryan Lee
                                               Ryan Lee
                                               Attorneys for Plaintiff
                                               Brittany Edwards

- 1 -

VOLUNTARY DISMISSAL

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

/s/ Ryan Lee
Ryan Lee
Attorney for Plaintiff
